In the Matter of the Application of The City of New York Relative to Acquiring Title, etc., for the Opening and Extending of One Hundred and Twenty-fifth (Sixteenth) Street from Twenty-third (Seventh) Avenue to Twenty-fifth (Eighth) Avenue and One Hundred and Twenty-sixth (Seventeenth) Street from Twenty-third (Seventh) Avenue to Twenty-fifth (Eighth) Avenue, in the Borough of Queens, City of New York. Susannah Kraemer, Appellant; The City of New York, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.